UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
STONE, THOMAS MARK                  §      Case No. 10-47087 JPC
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          KENNETH S. GARDNER
          219 S. Dearborn St.
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/03/2011 in Courtroom 619,
          UNITED STATES BANKRUPTCY COURT
          219 S. Dearborn St.
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/27/2011                By: UNITED STATES BANKRUPTCY
                                                                        COURT
                                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
STONE, THOMAS MARK § Case No. 10-47087 JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.18 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,750.02 | $ 0.00 | $ 1,750.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 91.20 | $ 0.00 | $ 91.20 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,841.22 |
| Remaining Balance | | $ | 8,158.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,566.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RBS Citizens N.A.<br>Rosenfeld, Hafrom, Shapiro & Farmer<br>221 N. LaSalle, Suite 1763<br>Chicago, IL 60601 | $ 141,150.61 | $ 0.00 | $ 6,342.82 |
| 000002 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | $ 8,219.34 | $ 0.00 | $ 369.35 |
| 000003 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,041.69 | $ 0.00 | $ 406.30 |
| 000004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 4,241.00 | $ 0.00 | $ 190.58 |
| 000005 | WCPT-AM Radio (8531)<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, 9th Floor<br>Atlanta, GA 30326 | $ 3,100.00 | $ 0.00 | $ 139.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 9,188.31 | $ 0.00 | $ 412.89 |
| 000007 | BMW Financial Services NA, LLC P.O. Box 201347 Arlington, TX 76006 | $ 6,625.25 | $ 0.00 | $ 297.72 |

Total to be paid to timely general unsecured creditors   $   8,158.96

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 143,571.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Scott Chamberland c/o Schirott, Luetkehans & Garner 105 E. Irving Park Road Itasca, IL 60143 | $ 143,571.52 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $   0.00

Remaining Balance   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            **Prepared By:**  /s/Ronald R. Peterson
                             Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-47087-JPC
Thomas Mark Stone                                                         Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: cturner                Page 1 of 2            Date Rcvd: Sep 28, 2011
                              Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2011.
db         +Thomas Mark Stone,   616 Meadow Drive,   Glenview, IL 60025-3928
aty        +Nora Flaherty Vogel,   Flaherty Legal Services,   3300 West Irving Park Road,   D3,
             Chicago, IL 60618-3354
tr         +Ronald R Peterson,   Jenner & Block LLP,   353 N. Clark Street,   Chicago, IL 60654-5474
16307723   +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16898976    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17019821   +BMW Financial Services NA, LLC,   P.O. Box 201347,   Arlington, TX 76006-1347
16307725   +++Bmw Financial Services,   c/o Ascension Capital Group,   P O Box 201347,
             Arlington, TX 76006-1347
16307726   +Chase Bank,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
16307727   +Chase Bank NA,   PO Box 15298,   Wilmington, DE 19850-5298
16307729   +Fisher & Shapiro,   4201 Lake Cook Road,   First Floor,   Northbrook, IL 60062-1060
16307730   +Five N Wabash Condo Association,   c/o AP Gold Realty & Management,   1357 W Augusta Blvd,
             Chicago, IL 60642-5342
16307731   +Fred R. Harbecke,   29 S Lasalle Ste 945,   Chicago, IL 60603-1526
16416643   +Fred R. Harbecke,   Attorney for RBS Citizens N.A.,   29 S. LaSalle, Suite 945,
             Chicago, IL 60603-1526
16307732    GC Services Limited Partnership,   PO Box 2667 (023),   Houston, TX 77252-2667
16307733   +Lake Forest Bank & Tru,   727 N Bank Ln,   Lake Forest, IL 60045-1898
16307734   +Law Offices of David L Rudolph PC,   111 West Washington Street,   Suite 823,
             Chicago, IL 60602-2789
16307735   +Law Offices of Ira T.Nevel,   175 N Franklin,   Suite 201,   Chicago, IL 60606-1847
16307737   +NCO Financial Systems Inc,   1804 Washington Blvd,   Mailstop 450,   Baltimore, MD 21230-1700
16307738   +Northstar Location Services,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
16686578   +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
16416644   +RBS Citizens N.A.,   Rosenfeld, Hafrom, Shapiro & Farmer,   221 N. LaSalle, Suite 1763,
             Chicago, IL 60601-1461
16307739   +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
16307740   +Richard J Boudreau & Associates,   5 Industrial Way,   Salem, NH 03079-4890
16307741   +Scott Chamberland,   c/o Schirott, Luetkehans & Garner,   105 E. Irving Park Road,
             Itasca, IL 60143-2117
16307742   +Szabo Associates,   3355 Lenox Road N.E.,   9th Floor,   Atlanta, GA 30326-1395
16307743   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,   Asset Protection Department,   PO Box 2958,
             Torrance, CA 90509-2958)
16690562    Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16307744   +Vital Recovery Servcies,   PO Box 923748,   Norcross, GA 30010-3748
16995542   +WCPT-AM Radio (8531),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16307722    +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 29 2011 03:40:48      Alliance One,
             4850 Street Road,   Suite 300,   Feasterville Trevose, PA 19053-6643
17015807     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2011 04:34:51
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16307736     Fax: 847-227-2151 Sep 29 2011 03:44:37      Medical Recovery Specialists,
             2250 E Devon Ave Suite 352,   Des Plaines, IL 60018-4519
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16307724   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16307728   ##+Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cturner              Page 2 of 2            Date Rcvd: Sep 28, 2011
                              Form ID: pdf006            Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**                           **Signature:**   *Joseph Speetjens*