UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
STONE, THOMAS MARK § Case No. 10-47087 JPC
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter   on            . The case was pending for    months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/RONALD R. PETERSON_____
                                             Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank 800 Brooksedge Blvd Westerville, OH 43081 |  |  |  |  |  |
|  | Lake Forest Bank & Tru 727 N Bank Ln Lake Forest, IL 60045 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Asset Protection Department PO Box 2958 Torrance, CA 90509-2958 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance One 4850 Street Road Suite 300 Feasterville Trevose, PA 19053 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bmw Financial Services 5550 Britton Parkway Hilliard, OH 43026 | | | | | |
| | Chase Bank NA PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | | | | |
| | Law Offices of David L Rudolph PC 111 West Washington Street Suite 823 Chicago, IL 60602 | | | | | |
| | Medical Recovery Specialists 2250 E Devon Ave Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Scott Chamberland c/o Schirott, Luetkehans & Garner 105 E. Irving Park Road Itasca, IL 60143 | | | | | |
| | Szabo Associates 3355 Lenox Road N.E. 9th Floor Atlanta, GA 30326-1332 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Asset Protection Department PO Box 2958 Torrance, CA 90509-2958 | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | RBS CITIZENS | | | | | |
| 000001 | RBS CITIZENS N.A. | | | | | |
| 000003 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| 000005 | WCPT-AM RADIO (8531) | | | | | |
| 000008 | SCOTT CHAMBERLAND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-47087 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STONE, THOMAS MARK | | | Date Filed (f) or Converted (c): | 10/21/10 (f) |
| | | | | 341(a) Meeting Date: | 12/29/10 |
| For Period Ending: | 02/09/12 | | | Claims Bar Date: | 03/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 616 Meadow Drive, Glenview, IL | 800,000.00 | 0.00 | | 0.00 | 0.00 | 965,000.00 | 15,000.00 |
| 2. 1210 N. Elmwood, Peoria IL | 46,860.00 | 0.00 | | 10,000.00 | 0.00 | 69,974.00 | 0.00 |
| 3. Checking Account with Glenview State Bank | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,500.00 |
| 4. Checking Account with Glenview State Bank | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 5. household goods, furniture | 2,200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,200.00 |
| 6. books, family pictures | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 7. necessary wearing apparel | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 8. costume jewelry | 50.00 | 50.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. electronics, photographic equipment | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 10. 529 plan for children | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Stone International (jewelry brokerage business), | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 12. 2008 Toyota 4-Runner | 15,000.00 | 15,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.45 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $869,460.00 | $15,050.00 | | $10,000.45 | $0.00 | $1,034,974.00 | $22,550.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.05c

FORM 1

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-47087 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | STONE, THOMAS MARK | | | Date Filed (f) or Converted (c): | 10/21/10 (f) |
| | | | | 341(a) Meeting Date: | 12/29/10 |
| | | | | Claims Bar Date: | 03/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 01:12 pm. The TDR will be filed in the first quarter of 2012.

Debtor owns one-third interest in home equity.

Initial Projected Date of Final Report (TFR): 08/31/12     Current Projected Date of Final Report (TFR): 08/31/12

_____ Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-47087 -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | STONE, THOMAS MARK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9247  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4745 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 2 | Thomas Mark Stone | | 1110-000 | 10,000.00 | | 10,000.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 10,000.02 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.18 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.09 | | 10,000.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.08 | | 10,000.35 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.08 | | 10,000.43 |
| * 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-003 | | 12.74 | 9,987.69 |
| 11/09/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.02 | | 9,987.71 |
| * 11/09/11 | | Reverses Adjustment OUT on 10/31/11 | BANK SERVICE FEE  Mark Evans told me that this was a bank service charge refund | 2600-003 | | -12.74 | 10,000.45 |
| 11/09/11 | | Transfer to Acct #*******9373 | Final Posting Transfer | 9999-000 | | 10,000.45 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.45 | 10,000.45 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,000.45 | |
| Subtotal | 10,000.45 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.45 | 0.00 | |

Page Subtotals          10,000.45          10,000.45

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-47087 -JPC | |
| Case Name: | STONE, THOMAS MARK | |
| Taxpayer ID No: | *******4745 | |
| For Period Ending: | 02/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9373 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/11 | | Transfer from Acct #*******9247 | Transfer In From MMA Account | 9999-000 | 10,000.45 | | 10,000.45 |
| 11/09/11 | 003001 | Ronald R. Peterson | Professional Fees<br>Fee Application Allowances | 2100-000 | | 1,750.02 | 8,250.43 |
| 11/09/11 | 003002 | Ronald R. Peterson | Trustee Expenses | 2200-000 | | 91.20 | 8,159.23 |
| 11/09/11 | 003003 | RBS Citizens N.A.<br>Rosenfeld, Hafrom, Shapiro & Farmer<br>221 N. LaSalle, Suite 1763<br>Chicago, IL 60601 | Final distribution | 7100-000 | | 6,343.03 | 1,816.20 |
| * 11/09/11 | 003004 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Final distribution | 7100-003 | | | 1,816.20 |
| * 11/09/11 | 003004 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Final distribution<br>Forgotto put check amount | 7100-003 | | | 1,816.20 |
| 11/09/11 | 003005 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Final distribution | 7100-000 | | 369.36 | 1,446.84 |
| 11/09/11 | 003006 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 406.32 | 1,040.52 |
| 11/09/11 | 003007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 190.58 | 849.94 |
| 11/09/11 | 003008 | WCPT-AM Radio (8531) | Final distribution | 7100-000 | | 139.31 | 710.63 |
| | | | Page Subtotals | | 10,000.45 | 9,289.82 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-47087 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | STONE, THOMAS MARK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9373 BofA - Checking Account |
| Taxpayer ID No: | *******4745 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/11 | 003009 | c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, 9th Floor<br>Atlanta, GA 30326<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 412.90 | 297.73 |
| 11/09/11 | 003010 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006 | Final distribution | 7100-000 | | 297.73 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.45 | 10,000.45 | 0.00 |
| Less: Bank Transfers/CD's | 10,000.45 | 0.00 | |
| Subtotal | 0.00 | 10,000.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,000.45 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9247 | 10,000.45 | 0.00 | 0.00 |
| BofA - Checking Account - ********9373 | 0.00 | 10,000.45 | 0.00 |
| | 10,000.45 | 10,000.45 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 710.63

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*